UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA FRANCO, | Case No.  1:25-cv-01895-JLT-FJS |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO FILE A BRIEF LONGER THAN 25 PAGES |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 16) |
| Defendant. | |

Plaintiff Andrea Franco ("Plaintiff") seeks review of the Commissioner of Social Security's denial of her applications for disability benefits. (ECF No. 1.) On May 15, 2026, Plaintiff filed a request for leave to file a motion for summary judgment greater than twenty-five pages. (ECF No. 16.) Plaintiff explains that the request is due to the large administrative record, which includes "multiple, varying, conflicting, highly esoteric diagnoses" and "incoherent hearing testimony from the Plaintiff," requiring Plaintiff to develop and clarify the medical records and hearing testimony. (ECF No. 16.) Concurrent with the request, Plaintiff filed a motion for summary judgment totaling 32 pages, inclusive of a table of contents and a table of authorities. (ECF No. 17.)

Having considered Plaintiff's submission, the request to file a motion for summary

judgment exceeding 25 pages is GRANTED.  Plaintiff is not required to refile the motion for summary judgment.

IT IS SO ORDERED.

Dated:    **May 20, 2026**

_____
UNITED STATES MAGISTRATE JUDGE