UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA FRANCO, | Case No. 1:25-cv-01895-JLT-FJS |
| Plaintiff, | ORDER GRANTING PARTIES' STIPULATION TO EXTEND |
| v. | DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S |
| COMMISSIONER OF SOCIAL SECURITY, | MOTION FOR SUMMARY JUDGMENT |
| Defendant. | (ECF No. 20) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty-five (35) days from June 15, 2026, up to and including July 20, 2026. The parties further stipulate that the Court's Scheduling Order (ECF No. 5) shall be modified accordingly.

This is the Defendant's first request for an extension. Defendant respectfully requests this extension to allow sufficient time to prepare the Commissioner's brief in light of the Defendant's undersigned counsel's current workload. Defendant's counsel has been diligent in her work, and in the last four weeks, has completed nine responsive briefs. In addition to this case, counsel has eight upcoming responsive briefs in the next four weeks.

Respectfully submitted,

Dated: June 12, 2026            By:    /s/ *Dolly M. Trompeter**
                                       (*as authorized via e-mail on June 11, 2026)
                                       DOLLY M. TROMPETER
                                       Attorney for Plaintiff

Dated: June 12, 2026                   ERIC GRANT
                                       United States Attorney
                                       MATHEW W. PILE
                                       Head of Program Litigation 1 – Law & Policy
                                       Social Security Administration

                                By:    /s/ *Lillian J. Lee*
                                       LILLIAN J. LEE
                                       Special Assistant U.S. Attorney
                                       Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation (ECF No. 20) and good cause appearing, IT IS HEREBY ORDERED that Defendant shall have an extension of thirty-five (35) days. Defendant shall file their response to Plaintiff's motion for summary judgment on or before July 20, 2026. Plaintiff may file their optional reply brief within fourteen (14) days of Defendant's responsive pleading. (*See* ECF No. 5.)

IT IS SO ORDERED.

Dated:    **June 18, 2026**                                     _____

UNITED STATES MAGISTRATE JUDGE